AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| GINA CARANO <br><br> *Plaintiff(s)* <br> v. <br> THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC and HUCKLEBERRY INDUSTRIES (US) INC. <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-1009 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Walt Disney Company
C/O Becky DeGeorge, CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833

See Addendum for Additional Defendants.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Schaerr | Jaffe LLP
Donald M. Falk
1717 K Street NW, Suite 900
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

GINA CARANO v. THE WALT DISNEY COMPANY, *et al.*
Case No. 2:24-cv-1009

**ADDENDUM TO SUMMONS**

**DEFENDANTS TO BE SERVED:**

Lucasfilm LTD. LLC
C/O Becky DeGeorge, CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833

Huckleberry Industries (US) Inc.
C/O Becky DeGeorge, CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833