Donald M. Falk, Cal. Bar #150256
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 562-4942
dfalk@schaerr-jaffe.com

Gene C. Schaerr*
H. Christopher Bartolomucci*
Edward H. Trent*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

*Pro hac vice application forthcoming

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO, | Case No.: 2:24-cv-1009 |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC., | |
| Defendants. | |

1

1  Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for
2  Plaintiff, certifies that the following persons, associations of persons,
3  firms, partnerships, and corporations, have a pecuniary interest in the
4  outcome of the case.

5  1) Bartolomucci, H. Christopher, *Counsel for Plaintiff*
6  2) Carano, Gina, *Plaintiff*
7  3) Falk, Donald M., *Counsel for Plaintiff*
8  4) Huckleberry Industries (US) Inc., *Defendant*
9  5) Lucasfilm LTD. LLC, *Defendant*
10 6) Schaerr, Gene C., *Counsel for Plaintiff*
11 7) Schaerr | Jaffe LLP, *Counsel for Plaintiff*
12 8) The Walt Disney Company, *Defendant*
13 9) Trent, Edward H., *Counsel for Plaintiff*

Dated: February 6, 2024

Respectfully submitted,

/s/ Donald M. Falk
Donald M. Falk
Cal. Bar #150256
SCHAERR | JAFFE LLP
Four Embarcadero Center,
Suite 1400
San Francisco, CA 94111
(415) 562-4942
dfalk@schaerr-jaffe.com

Gene C. Schaerr*
H. Christopher Bartolomucci*
Edward H. Trent*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

**Pro hac vice* application forthcoming*

*Counsel for Plaintiff*

NOTICE OF INTERESTED PARTIES
CASE NO.

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2024, the undersigned served the foregoing Rule 7.1(a)(2)(a) Disclosure Statement via Certified Mail, Electronic Return Receipt Requested, pursuant to Fed. R. Civ. Pro. 5(b)(2)(c), on the following entities:

The Walt Disney Company
C/O Becky DeGeorge, CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833

Lucasfilm LTD. LLC
C/O Becky DeGeorge, CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833

Huckleberry Industries (US) Inc.
C/O Becky DeGeorge, CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive
Sacramento, California 95833

/s/ Donald M. Falk
Donald M. Falk