Donald M. Falk, Cal. Bar #150256
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 562-4942
dfalk@schaerr-jaffe.com

Gene C. Schaerr*
H. Christopher Bartolomucci*
Edward H. Trent*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

**Pro hac vice* application forthcoming

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO, | Case No.: 2:24-cv-1009 |
| Plaintiff, | **DISCLOSURE STATEMENT PURSUANT TO** |
| v. | **FED. R. CIV. P. 7.1(a)(2)(a)** |
| THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC., | |
| Defendants. | |

Plaintiff, Gina Carano, by and through her undersigned counsel, pursuant to Rule 7.1.(a)(2)(a) of the Federal Rules of Civil Procedure, discloses the citizenship of each individual or entity as follows:

- Gina Carano is a citizen and resident of the State of Montana, County of Gallatin.
- The Walt Disney Company is incorporated under the laws of the State of Delaware and has a principal place of business in Burbank, California.  Accordingly, The Walt Disney Company is a citizen of the states of Delaware and California and does business in Los Angeles County, California.
- Defendant Lucasfilm LTD. LLC is incorporated under the laws of the State of California with its principal place of business in San Francisco, California.  Accordingly, Lucasfilm is a citizen of the State of California.  Lucasfilm does business in Los Angeles County, California.
- Defendant Huckleberry Industries (US) Inc. is incorporated under the laws of the State of California with its principal place of business in San Francisco, California.  Accordingly, Huckleberry is a citizen of the State of California.  Huckleberry does business in Los Angeles County, California.

Dated: February 6, 2024

Respectfully submitted,

*/s/ Donald M. Falk*
Donald M. Falk
Cal. Bar #150256
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 562-4942

dfalk@schaerr-jaffe.com

Gene C. Schaerr*
H. Christopher Bartolomucci*
Edward H. Trent*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

*Pro hac vice application forthcoming

Counsel for Plaintiff

DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(a)(2)(a)
CASE NO. 2:24-cv-1009

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1(a)(2)(a) will be served via Certified Mail, Electronic Return Receipt Requested, pursuant to Fed. R. Civ. P. 5(b)(2)(c), on the following entities:

> The Walt Disney Company
> C/O Becky DeGeorge, CSC Lawyers Incorporating Service
> 2710 Gateway Oaks Drive
> Sacramento, California 95833
>
> Lucasfilm LTD. LLC
> C/O Becky DeGeorge, CSC Lawyers Incorporating Service
> 2710 Gateway Oaks Drive
> Sacramento, California 95833
>
> Huckleberry Industries (US) Inc.
> C/O Becky DeGeorge, CSC Lawyers Incorporating Service
> 2710 Gateway Oaks Drive
> Sacramento, California 95833

/s/ Donald M. Falk
Donald M. Falk