Name and address:
Gene C. Schaerr
1717 K Street NW, Suite 900, Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO<br><br>Plaintiff(s),<br><br>v.<br><br>THE WALT DISNEY COMPANY, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-1009<br><br>**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**<br>***PRO HAC VICE*** |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

## SECTION I - INFORMATION

Schaerr, Gene C.
*Applicant's Name (Last Name, First Name & Middle Initial)*                           check here if federal government attorney ☐

Schaerr | Jaffe LLP
*Firm/Agency Name*

1717 K Street NW                               (202) 787-1060                       -
Suite 900                                      *Telephone Number*                   *Fax Number*
*Street Address*

Washington, DC 20006                                                    gschaerr@schaerr-jaffe.com
*City, State, Zip Code*                                                 *E-mail Address*

**I have been retained to represent the following parties:**

Gina Carano                                       ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
_____                              ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Pennsylvania State Bar | 11/12/1987 | Inactive |
| District of Columbia | 11/23/1988 | Active |
| U.S. Supreme Court | 04/22/1991 | Active |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  February 6, 2024

Gene C. Schaerr
*Applicant's Name (please type or print)*

/s/ Gene C. Schaerr
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Falk, Donald M.
*Designee's Name (Last Name, First Name & Middle Initial)*

Schaerr | Jaffe LLP
*Firm/Agency Name*

Four Embarcadero Center
Suite 1400
*Street Address*

San Francisco, CA 94111
*City, State, Zip Code*

(415) 562-4942
*Telephone Number*

-
*Fax Number*

dfalk@schaerr-jaffe.com
*Email Address*

150256
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  February 6, 2024

Donald M. Falk
*Designee's Name (please type or print)*

/s/ Donald M. Falk
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

See attached.

## Gene C. Schaerr Bar Admissions

| Bar or Court | Admitted | Status | Bar # |
| --- | --- | --- | --- |
| District of Columbia; DC Court of Appeals | 11/23/1988 | Active | 416368 |
| Pennsylvania Bar | 11/12/1987 | Inactive | 51130 |
| U.S. Supreme Court | 04/22/1991 | Active | |
| U.S. Court of Appeals, First Circuit | 6/4/1998 | Active | 52980 |
| U.S. Court of Appeals, Second Circuit | 4/13/1998 | Active | 98-231 |
| U.S. Court of Appeals, Third Circuit | 3/23/1998 | Active | |
| U.S. Court of Appeals, Fourth Circuit | 3/23/1998 | Active | |
| U.S. Court of Appeals, Fifth Circuit | 10/4/1995 | Active | |
| U.S. Court of Appeals, Sixth Circuit | 3/23/1998 | Active | |
| U.S. Court of Appeals, Seventh Circuit | 3/27/1998 | Active | |
| U.S. Court of Appeals, Eighth Circuit | 7/14/1997 | Active | 97-0473 |
| U.S. Court of Appeals, Ninth Circuit | 3/31/1998 | Active | |
| U.S. Court of Appeals, Tenth Circuit | 8/28/1996 | Active | |
| U.S. Court of Appeals, Eleventh Circuit | 5/9/1996 | Active | |
| U.S. Court of Appeals, DC Circuit | 10/18/1988 | Active | |
| U.S. Court of Appeals, Federal Circuit | 3/27/1998 | Active | |
| U.S. District Court, DC | 11/01/1993 | Active | 416368 |
| U.S. Tax Court | 6/14/2010 | Active | SG0662 |
| U.S. District Court, Colorado | 4/24/1998 | Inactive | |



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Gene C Schaerr*

*was duly qualified and admitted on November 23, 1988 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 23, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**



### THE DISCIPLINARY BOARD OF THE SUPREME COURT OF PENNSYLVANIA

Pennsylvania Judicial Center
601 Commonwealth Avenue, Suite 5600
PO Box 62625
Harrisburg, PA 17106-2625
Phone: (717) 231-3380  Fax: (717) 231-3381
www.padisciplinaryboard.org

# CERTIFICATION OF STATUS

*In lieu of Certificate of Good Standing*

For

# GENE CLAYTON SCHAERR

*Pennsylvania Bar Number 51130*

I, Suzanne E. Price, as the Attorney Registrar for the Disciplinary Board of the Supreme Court of Pennsylvania, hereby confirm that Gene Clayton Schaerr was admitted as an Attorney by the Supreme Court of Pennsylvania to the bar of the courts of the Commonwealth of Pennsylvania on December 16, 1987.

Mr. Schaerr is currently registered as Retired, having assumed said status on January 1, 2010.

Dated this 25th day of January, 2024

By: _____
Suzanne E. Price
Attorney Registrar