Gene C. Schaerr
1717 K Street NW, Suite 900, Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GINA CARANO | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-1009 |
| v. | |
| THE WALT DISNEY COMPANY, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schaerr, Gene C.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 787-1060   -
*Telephone Number    Fax Number*
gschaerr@schaerr-jaffe.com
*E-Mail Address*

of
Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gina Carano

*Name(s) of Party(ies) Represent*    ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Volokh, Eugene
*Designee's Name (Last Name, First Name & Middle Initial*
194464           (310) 206-3926      (310) 206-7010
*Designee's Cal. Bar No.    Telephone Number    Fax Number*
evolokh@schaerr-jaffe.com
*E-Mail Address*

of
Schaerr | Jaffe LLP
385 Charles E. Young Dr. E
Los Angeles, CA 90095
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: February 8, 2024**                          **U.S. District Judge/U.S. Magistrate Judge**