Edward H. Trent
1717 K Street NW, Suite 900, Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO <br><br> Plaintiff(s) <br><br> v. <br><br> THE WALT DISNEY COMPANY, et al. <br><br> Defendant(s) | CASE NUMBER <br><br> 2:24-cv-1009 <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Trent, Edward H.
*Applicant's Name (Last Name, First Name & Middle Initial*

(202) 787-1060             -
*Telephone Number*        *Fax Number*

etrent@schaerr-jaffe.com
*E-Mail Address*

of  Schaerr | Jaffe LLP
    1717 K Street NW, Suite 900
    Washington, DC 20006
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gina Carano

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Volokh, Eugene
*Designee's Name (Last Name, First Name & Middle Initial*

194464          (310) 206-3926          (310) 206-7010
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

evolokh@schaerr-jaffe.com
*E-Mail Address*

of  Schaerr | Jaffe LLP
    385 Charles E. Young Dr. E
    Los Angeles, CA 90095
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application:
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: February 8, 2024**                    **U.S. District Judge/U.S. Magistrate Judge**