Gene C. Schaerr
1717 K Street NW, Suite 900, Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO | **CASE NUMBER** |
| Plaintiff(s) | **2:24-cv-01009-SPG-SK** |
| v. | |
| THE WALT DISNEY COMPANY, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schaerr, Gene C.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 787-1060          (202) 776-0136
*Telephone Number*       *Fax Number*

gschaerr@schaerr-jaffe.com
*E-Mail Address*

of

Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gina Carano

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Volokh, Eugene
*Designee's Name (Last Name, First Name & Middle Initial)*

194464          (310) 206-3926       (310) 206-7010
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

evolokh@schaerr-jaffe.com
*E-Mail Address*

of

Schaerr | Jaffe LLP
385 Charles E. Young Dr. E
Los Angeles, CA 90095

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ **GRANTED**

☐ **DENIED:**
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: February 8, 2024**

**U.S. District Judge/U.S. Magistrate Judge**