Edward H. Trent
1717 K Street NW, Suite 900, Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GINA CARANO | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:24-cv-01009-SPG-SK |
| v. | |
| THE WALT DISNEY COMPANY, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

| Trent, Edward H. | of | Schaerr | Jaffe LLP |
| --- | --- | --- |
| *Applicant's Name (Last Name, First Name & Middle Initial* | | 1717 K Street NW, Suite 900 |
| (202) 787-1060    (202) 776-0136 | | Washington, DC 20006 |
| *Telephone Number       Fax Number* | | |
| etrent@schaerr-jaffe.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**for permission to appear and participate in this case on behalf of**

Gina Carano

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

| Volokh, Eugene | of | Schaerr | Jaffe LLP |
| --- | --- | --- |
| *Designee's Name (Last Name, First Name & Middle Initial* | | 385 Charles E. Young Dr. E |
| 194464    (310) 206-3926    (310) 206-7010 | | Los Angeles, CA 90095 |
| *Designee's Cal. Bar No.   Telephone Number   Fax Number* | | |
| evolokh@schaerr-jaffe.com | | |
| *E-Mail Address* | | *Firm/Agency Name & Address* |

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: February 8, 2024**                                 **U.S. District Judge/U.S. Magistrate Judge**