H. Christopher Bartolomucci
1717 K Street NW, Suite 900
Washington, DC 20006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| GINA CARANO | CASE NUMBER |
|---|---|
| Plaintiff(s) | **2:24-cv-01009-SPG-SK** |
| v. | |
| THE WALT DISNEY COMPANY, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bartolomucci, H. Christopher     of     Schaerr | Jaffe LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                1717 K Street NW, Suite 900
(202) 787-1060      (202) 787-0136                           Washington, DC 20006
*Telephone Number*     *Fax Number*
cbartolomucci@schaerr-jaffe.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gina Carano

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Volokh, Eugene     of     Schaerr | Jaffe LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            385 Charles E. Young Dr. E
194464      (310) 206-3926      (310) 206-7010              Los Angeles, CA 90095
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
evolokh@schaerr-jaffe.com
*E-Mail Address*                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:   ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** Click here to enter a date.

                                                **U.S. District Judge/U.S. Magistrate Judge**