# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO <br><br> Plaintiff(s) <br> v. <br><br> THE WALT DISNEY COMPANY, et al. <br><br> Defendant(s) | CASE NUMBER <br><br> **2:24-cv-01009-SPG-SK** <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Schaerr, Gene C.
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 787-1060
*Telephone Number*
(202) 776-0136
*Fax Number*
gschaerr@schaerr-jaffe.com
*E-Mail Address*

of

Schaerr | Jaffe LLP
1717 K Street NW, Suite 900
Washington, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gina Carano
*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Volokh, Eugene
*Designee's Name (Last Name, First Name & Middle Initial*
194464
*Designee's Cal. Bar No.*
(310) 206-3926
*Telephone Number*
(310) 206-7010
*Fax Number*
evolokh@schaerr-jaffe.com
*E-Mail Address*

of

Schaerr | Jaffe LLP
385 Charles E. Young Dr. E
Los Angeles, CA 90095
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** _/s/_

**Dated: February 20, 2024**                                      **U.S. District Judge**