# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO<br><br>Plaintiff(s)<br>v.<br><br>THE WALT DISNEY COMPANY, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>**2:24-cv-01009-SPG-SK**<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bartolomucci, H. Christopher                                                    of   Schaerr | Jaffe LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*                          1717 K Street NW, Suite 900
(202) 787-1060            (202) 787-0136                                              Washington, DC 20006
*Telephone Number*         *Fax Number*
cbartolomucci@schaerr-jaffe.com
*E-Mail Address*                                                                      *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Gina Carano

*Name(s) of Party(ies) Represent*      ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Volokh, Eugene                                                                    of   Schaerr | Jaffe LLP
*Designee's Name (Last Name, First Name & Middle Initial)*                            385 Charles E. Young Dr. E
194464              (310) 206-3926         (310) 206-7010                             Los Angeles, CA 90095
*Designee's Cal. Bar No.*  *Telephone Number*    *Fax Number*
evolokh@schaerr-jaffe.com
*E-Mail Address*                                                                      *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid**

**Dated: February 20, 2024**

_____
**U.S. District Judge**