| Name and address: |
|---|
| JONATHAN D. HACKER |
| jhacker@omm.com |
| O'MELVENY & MYERS LLP |
| 1625 Eye Street, NW |
| Washington, DC 20006 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| GINA CARANO, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-01009-SPG-SK |
| v. | |
| THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC., | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Hacker, Jonathan D.
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

O'Melveny & Myers LLP
*Firm/Agency Name*

| 1625 Eye Street, NW | +1 202 383 5300 | +1 202 383 5414 |
|---|---|---|
| | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Washington, DC 20006 | | jhacker@omm.com |
| *City, State, Zip Code* | | *E-mail Address* |

**I have been retained to represent the following parties:**

| The Walt Disney Company | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: |
|---|---|
| Lucasfilm Ltd. LLC, Huckleberry Industries (US) Inc. | ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Maryland | 12/17/1996 | Active |
| District of Columbia | 09/11/1998 | Active |
| US Court of Appeals, Fourth Circuit | 07/30/1999 | Active |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated April 9, 2024

Jonathan D. Hacker
*Applicant's Name (please type or print)*

[signature]
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Petrocelli, Daniel M.
*Designee's Name (Last Name, First Name & Middle Initial)*

O'Melveny & Myers LLP
*Firm/Agency Name*

1999 Avenue of the Stars
8th Floor
*Street Address*

Los Angeles, California  90067-6035
*City, State, Zip Code*

+1 310 553 6700
*Telephone Number*

+1 310 246 6779
*Fax Number*

dpetrocelli@omm.com
*Email Address*

97802
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  04/09/2024

/s/ Daniel M. Petrocelli
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Additional Court Admissions
US Court of Appeals, Seventh Circuit - 02/24/2000 - Active
US Supreme Court - 05/26/2001 - Active
US District Court, District of Columbia - 09/09/2002 - Active
US Court of Appeals, Tenth Circuit - 03/24/2003 - Active
US Court of Appeals, Federal Circuit - 11/26/2003 - Active
US Court of Appeals, District of Columbia - 12/05/2003 - Active
US Court of Appeals, Sixth Circuit - 03/25/2005 - Active
US Court of Appeals, Ninth Circuit - 07/07/2005 - Active
US Court of Appeals, Fifth Circuit - 9/11/2007 - Active
US Court of Appeals, Third Circuit - 06/10/2010 - Active
US Court of Appeals, Second Circuit - 02/15/2012 - Active
US Court of Appeals, Eighth Circuit - 01/03/2013 - Active
US Court of Appeals, Eleventh Circuit - 04/07/2013 - Active
US Court of Appeals, First Circuit - 04/22/2015 - Active

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the seventeenth day of December, 1996,

## *Jonathan David Hacker*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventh day of June, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this eighth day of April, 2024.

*Gregory Hilton*
Clerk of the Supreme Court of Maryland



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Jonathan D Hacker

was duly qualified and admitted on September 11, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 08, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.