Name and address:
JONATHAN D. HACKER
jhacker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GINA CARANO,

Plaintiff(s)

v.

THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,

Defendant(s).

CASE NUMBER

2:24-cv-01009-SPG-SK

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hacker, Jonathan D.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

+1 202 383 5300
*Telephone Number*

+1 202 383 5414
*Fax Number*

*Firm/Agency Name & Address*

jhacker@omm.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

The Walt Disney Company
Lucasfilm Ltd. LLC
Huckleberry Industries (US) Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Petrocelli, Daniel M.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035

97802
*Designee's Cal. Bar No.*

+1 310 553 6700
*Telephone Number*

+1 310 246 6779
*Fax Number*

*Firm/Agency Name & Address*

dpetrocelli@omm.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                              _____
                                                         U.S. District Judge/U.S. Magistrate Judge