Name and address:
JOSHUA REVESZ
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GINA CARANO,

Plaintiff(s)

v.

THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,

Defendant(s).

CASE NUMBER

2:24-cv-01009-SPG-SK

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Revesz, Joshua
*Applicant's Name (Last Name, First Name & Middle Initial)*

+1 202 383 5300
*Telephone Number*

+1 202 383 5414
*Fax Number*

jrevesz@omm.com
*E-Mail Address*

of

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

The Walt Disney Company
Lucasfilm Ltd. LLC
Huckleberry Industries (US) Inc.

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**

Petrocelli, Daniel M.
*Designee's Name (Last Name, First Name & Middle Initial)*

97802
*Designee's Cal. Bar No.*

+1 310 553 6700
*Telephone Number*

+1 310 246 6779
*Fax Number*

dpetrocelli@omm.com
*E-Mail Address*

of

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐ for failure to complete Application: _____
        ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                    _____
                                                 U.S. District Judge/U.S. Magistrate Judge