DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
KRISTIN MACDONNELL (S.B. #307124)
kmacdonnell@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:   +1 310 553 6700
Facsimile:    +1 310 246 6779

JONATHAN D. HACKER (*pro hac vice* pending)
jhacker@omm.com
JOSHUA REVESZ (*pro hac vice* pending)
jrevesz@omm.com
O'MELVENY & MYERS  LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone:   +1 202 383 5300
Facsimile:    +1 202 383 5414

*Attorneys for Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) Inc.,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**DEFENDANTS THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, AND HUCKLEBERRY INDUSTRIES (US) INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>District Judge:<br>　　Hon. Sherilyn Peace Garnett<br>Magistrate Judge:<br>　　Hon. Steve Kim |

The undersigned counsel of record for defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. ("Defendants") hereby submit the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

- The Walt Disney Company, a Delaware corporation with its principal place of business in Burbank, California, is a publicly traded company. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.
- Lucasfilm Ltd. LLC, a California corporation with its principal place of business in San Francisco, California, is a wholly-owned subsidiary of The Walt Disney Company.
- Huckleberry Industries (US) Inc., a California corporation with its principal place of business in San Francisco, California, is a wholly-owned subsidiary of The Walt Disney Company.

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Defendants certify that the following listed parties may have a pecuniary interest in the outcome of this case:

- The Walt Disney Company (defendant)
- Lucasfilm Ltd. LLC (defendant)
- Huckleberry Industries (US) Inc. (defendant)
- Gina Carano (plaintiff)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Case 2:24-cv-01009-SPG-SK   Document 32   Filed 04/09/24   Page 3 of 3   Page ID #:159

| | | |
|---|---|---|
| 1 | Dated: April 9, 2024 | O'MELVENY & MYERS LLP |

By:  */s/ Daniel M. Petrocelli*
　　　Daniel M. Petrocelli

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MOLLY M. LENS (S.B. #283867)
mlens@omm.com
KRISTIN MACDONNELL (S.B. #307124)
kmacdonnell@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, California  90067-6035
Telephone:  +1 310 553 6700
Facsimile:   +1 310 246 6779

JONATHAN D. HACKER (*pro hac vice* pending)
jhacker@omm.com
JOSHUA REVESZ (*pro hac vice* pending)
jrevesz@omm.com
1625 Eye Street, NW
Washington, DC 20006
Telephone:  +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc.*

3

CORPORATE DISCLOSURE STATEMENT
AND NOTICE OF INTERESTED PARTIES
2:24-CV-0100-SPG-SK