1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>　　　　　　　　Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM [ECF NO. 33]** |

　　　On April 9, 2024, Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively "Disney") moved this Court for entry of an order dismissing Plaintiff Gina Carano's complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) and the First Amendment to the United States Constitution (the "Motion").

　　　Disney made the Motion on the grounds that Disney has a constitutional right not to associate its artistic expression with Carano's speech, such that the First Amendment provides a complete defense to Carano's claims.

-1-

1       The Court, having considered Disney's Motion and finding good cause therefor,
2 hereby GRANTS the MOTION and ORDERS that Plaintiff's Complaint in this action
3 be, and hereby is, DISMISSED.

6     IT IS SO ORDERED.

8 Dated:

                                      HON. SHERILYN PEACE GARNETT
                                      UNITED STATES DISTRICT JUDGE