# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>            Plaintiff,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>            Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS BRIEFING SCHEDULE AND RULE 26 OBLIGATIONS [ECF NO. 34]** |

On April 9, 2024, Plaintiff Gina Carano and Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively, the "Parties") filed a Joint Stipulation Regarding Motion to Dismiss Briefing Schedule and Rule 26 Obligations. Subject to the Court's approval, the parties jointly stipulated that: (1) Defendants' Motion to Dismiss (the "Motion") is noticed for June 12, 2024; (2) Plaintiff's Opposition to Defendants' Motion is due by May 9, 2024; (3) Defendants' Reply is due by May 23, 2024; and (4) discovery and the Parties' obligations to conduct a Rule 26(f) conference and exchange Rule 26(a)(1) disclosures are deferred for 30 days after the scheduled June 12, 2024 hearing (*i.e.* July 12, 2024), subject to the Parties' ability to request additional time if appropriate.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. Defendants' Motion is noticed for June 12, 2024.
2. Plaintiff's Opposition to Defendants' Motion is due by May 9, 2024.
3. Defendants' Reply is due by May 23, 2024.
4. Discovery and the Parties' obligations to conduct a Rule 26(f) conference and exchange Rule 26(a)(1) disclosures are deferred until July 12, 2024, subject to the Parties' ability to request additional time if appropriate.

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE