Name and address:
JOSHUA REVESZ
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GINA CARANO,

Plaintiff(s)

v.

THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,

Defendant(s).

CASE NUMBER

2:24-cv-01009-SPG-SK

(~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Revesz, Joshua — *Applicant's Name (Last Name, First Name & Middle Initial)*

of O'Melveny & Myers LLP, 1625 Eye Street, NW, Washington, DC 20006 — *Firm/Agency Name & Address*

+1 202 383 5300 — *Telephone Number*
+1 202 383 5414 — *Fax Number*
jrevesz@omm.com — *E-Mail Address*

for permission to appear and participate in this case on behalf of

The Walt Disney Company
Lucasfilm Ltd. LLC
Huckleberry Industries (US) Inc.

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: ____

and designating as Local Counsel

Petrocelli, Daniel M. — *Designee's Name (Last Name, First Name & Middle Initial)*

of O'Melveny & Myers LLP, 1999 Avenue of the Stars, 8th Floor, Los Angeles, California 90067-6035 — *Firm/Agency Name & Address*

97802 — *Designee's Cal. Bar No.*
+1 310 553 6700 — *Telephone Number*
+1 310 246 6779 — *Fax Number*
dpetrocelli@omm.com — *E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  4/9/24

/s/ District Judge Sherilyn Peace Garnett
U.S. District Judge/U.S. Magistrate Judge