DONALD M. FALK, Cal. Bar #150256
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 562-4942
Fax: (202) 776-0136
dfalk@schaerr-jaffe.com

EUGENE VOLOKH, Cal. Bar #194464
evolokh@schaerr-jaffe.com
SCHAERR | JAFFE LLP
385 Charles East Young Dr. East
Los Angeles, CA 90095
Tel: (310) 206-3926

GENE C. SCHAERR (*pro hac vice*)
EDWARD H. TRENT (*pro hac vice*)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel: (202) 787-1060
gschaerr@schaerr-jaffe.com
etrent@schaerr-jaffe.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO, <br><br> Plaintiff, <br><br> v. <br><br> THE WALT DISNEY COMPANY, LUCASFILM LTD, LLC, and HUCKLEBERRY INDUSTRIES (US) <br><br> Defendants. | **Case No.: 2:24-cv-01009-SPG-SK** <br><br> **PLAINTIFF'S NOTICE OF CHANGE IN DESIGNATION OF LEAD COUNSEL** |

1  Plaintiff, Gina Carano, hereby provides notice that the designation
2  of lead counsel in this matter should be changed from Donald M. Falk to
3  Gene C. Schaerr.

Respectfully submitted,

*/s/ Donald M. Falk*
Donald M. Falk, Cal. Bar #150256
SCHAERR | JAFFE LLP
Four Embarcadero Center
Suite 1400
San Francisco, CA 94111
Telephone: (415) 562-4942
Facsimile: (202) 776-0136
dfalk@schaerr-jaffe.com

Eugene Volokh, Cal. Bar #194464
SCHAERR | JAFFE LLP
385 Charles East Young Dr. East
Los Angeles, CA 90095
Telephone: (310) 206-3926
evolokh@schaerr-jaffe.com

Gene C. Schaerr*
Edward H. Trent*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Telephone: (202) 787-1060
gschaerr@schaerr-jaffe.com
etrent@schaerr-jaffe.com

* Admitted *pro hac vice*

*Counsel for Plaintiff*

Dated: June 12, 2024