1 | DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
2 | MOLLY M. LENS (S.B. #283867)
mlens@omm.com
3 | KRISTIN MACDONNELL (S.B. #307124)
kmacdonnell@omm.com
4 | O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
5 | Los Angeles, California 90067-6035
Telephone: (310) 553-6700
6 | Facsimile: (310) 246-6779

7 | JONATHAN D. HACKER (*pro hac vice pending*)
jhacker@omm.com
8 | JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
9 | O'MELVENY & MYERS LLP
1625 Eye Street, NW
10 | Washington, DC 20006
Telephone: (202) 383-5300
11 | Facsimile: (202) 383-5414

12 | *Attorneys for Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and*
13 | *Huckleberry Industries (US) Inc.*

14 | [Additional Counsel on Next Page]

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>　　　　Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**JOINT STIPULATION REGARDING EXTENSION OF DEFENDANTS' ANSWER DEADLINE**<br><br>District Judge:<br>　　Hon. Sherilyn Peace Garnett<br>Magistrate Judge:<br>　　Hon. Steve Kim |

**ADDITIONAL COUNSEL**

DONALD M. FALK (Cal. Bar #150256)
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 562-4942
Fax: (202) 776-0136
dfalk@schaerr-jaffe.com

EUGENE VOLOKH (Cal. Bar #194464)
evolokh@schaerr-jaffe.com
SCHAERR | JAFFE LLP
385 Charles East Young Dr. East
Los Angeles, CA 90095
Tel: (310) 206-3926

GENE C. SCHAERR (*pro hac vice*)
H CHRISTOPHER BARTOLOMUCCI (*pro hac vice*)
EDWARD H. TRENT (*pro hac vice*)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel: (202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

*Attorneys for Plaintiff Gina Carano*

**STIPULATION**

Plaintiff Gina Carano ("Plaintiff") and Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties") stipulate as follows:

**WHEREAS,** Plaintiff filed the Complaint in this action on February 6, 2024 (*see* ECF No. 1);

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 4(d), Defendants waived service of the Complaint on February 9, 2024, making Defendants' deadline to respond to the Complaint April 9, 2024 (*see* ECF No. 20);

**WHEREAS,** on April 9, 2024, Defendants moved to dismiss the Complaint (the "Motion", *see* ECF No. 33);

**WHEREAS,** on July 24, 2024, following briefing and argument, the Court denied the Motion (*see* ECF No. 45);

**WHEREAS,** under Federal Rule of Civil Procedure 12(a)(4)(a), Defendants deadline to answer the Complaint is August 7, 2024;

**WHEREAS**, the Parties agree that given the number of allegations in the Complaint as well as pre-planned travel arrangements, Defendants should be afforded additional time to answer the Complaint;

**WHEREAS**, the Parties respectfully submit that this limited extension will not impact the progression of the case (and will not impact the proposed schedule including in the Parties' concurrently submitted joint Rule 26(f) report);

**WHEREAS,** the Parties respectfully request that the Court so-order an extension of Defendants' deadline to answer the Complaint to August 23, 2024.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, subject to the Court's approval that:

1. Defendants' deadline to answer to the Complaint is August 23, 2024.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2024 | **O'MELVENY & MYERS LLP** |
| 2 | | |
| 3 | | By:   */s/ Daniel M. Petrocelli* |
| | | Daniel M. Petrocelli |
| 4 | | |
| 5 | | Daniel M. Petrocelli |
| | | dpetrocelli@omm.com |
| 6 | | Molly M. Lens |
| | | mlens@omm.com |
| 7 | | Kristin MacDonnell |
| 8 | | kmacdonnell@omm.com |
| | | 1999 Avenue of the Stars, 8th Floor |
| 9 | | Los Angeles, California 90067 |
| 10 | | Telephone:  +1 310 553 6700 |
| | | Facsimile:  +1 310 246 6779 |
| 11 | | |
| 12 | | JONATHAN D. HACKER (*pro hac vice* pending) |
| | | jhacker@omm.com |
| 13 | | JOSHUA REVESZ (*pro hac vice*) |
| 14 | | jrevesz@omm.com |
| | | 1625 Eye Street, NW |
| 15 | | Washington, DC 20006 |
| 16 | | Telephone:  +1 202 383 5300 |
| | | Facsimile:  +1 202 383 5414 |
| 17 | | |
| 18 | | *Attorneys for Defendants* |
| | | *The Walt Disney Company, Lucasfilm Ltd. LLC,* |
| 19 | | *and Huckleberry Industries (US) Inc.* |

Dated: July 26, 2024

**SCHAERR | JAFFE LLP**

By:    */s/ Gene Schaerr*
            Gene Schaerr

Donald M. Falk
dfalk@schaerr-jaffe.com
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
(415) 562-4942

Gene C. Schaerr
gschaerr@schaerr-jaffe.com
H. Christopher Bartolomucci
cbartolomucci@schaerr-jaffe.com
Edward H. Trent
etrent@schaerr-jaffe.com
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060

Eugene Volokh
evolokh@schaerr-jaffe.com
385 Charles East Young Dr. East
Los Angeles, CA 90095
310-206-3926

*Attorneys for Plaintiff Gina Carano*

## **ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of this document attests that all other signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED: July 26, 2024

                              O'MELVENY & MYERS LLP

                              By: */s/ Daniel M. Petrocelli*
                                        Daniel M. Petrocelli

                              *Counsel for Defendants*