# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>     Plaintiff,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>     Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF DEFENDANTS' ANSWER DEADLINE [ECF NO. X]** |

  On July 26, 2024, Plaintiff Gina Carano and Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively, the "Parties") filed a Joint Stipulation Regarding Extension of Defendants' Answer Deadline. Subject to the Court's approval, the parties jointly stipulated that Defendants shall answer the Complaint by August 23, 2024.

  The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

  1. Defendants' deadline to answer to the Complaint is August 23, 2024.

-2-

1   IT IS SO ORDERED.
2
3   Dated: _____
4                                    _____
                                     HON. SHERILYN PEACE GARNETT
5                                    UNITED STATES DISTRICT JUDGE