# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>               Plaintiff,<br><br>     v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>               Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING EXTENSION OF DEFENDANTS' ANSWER DEADLINE [ECF NO. 47]** |

On July 26, 2024, Plaintiff Gina Carano and Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively, the "Parties") filed a Joint Stipulation Regarding Extension of Defendants' Answer Deadline. (ECF No. 47 ("Stipulation")). The Court, having considered the Parties' Stipulation and finding good

cause therefor, hereby GRANTS the Stipulation and ORDERS Defendants' deadline to answer to the Complaint extended to August 23, 2024.

**IT IS SO ORDERED.**

Dated:  July 31, 2024



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE