Name and address:
JONATHAN D. HACKER
jhacker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

GINA CARANO,

Plaintiff(s)

v.

THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,

Defendant(s).

CASE NUMBER

2:24-cv-01009-SPG-SK

ORDER
**OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hacker, Jonathan D.                          of

*Applicant's Name (Last Name, First Name & Middle Initial)*

+1 202 383 5300          +1 202 383 5414

*Telephone Number*        *Fax Number*

jhacker@omm.com

*E-Mail Address*

O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
The Walt Disney Company

Lucasfilm Ltd. LLC

Huckleberry Industries (US) Inc.

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Petrocelli, Daniel M.                         of

*Designee's Name (Last Name, First Name & Middle Initial)*

97802          +1 310 553 6700          +1 310 246 6779

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

dpetrocelli@omm.com

*E-Mail Address*

O'Melveny & Myers LLP
1999 Avenue of the Stars
8th Floor
Los Angeles, California  90067-6035

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**

Dated   August 12, 2024

HON. SHERILYN PEACE GARNETT