1  DANIEL M. PETROCELLI (S.B. #97802)
   dpetrocelli@omm.com
2  MOLLY M. LENS (S.B. #283867)
   mlens@omm.com
3  KRISTIN MACDONNELL (S.B. #307124)
   kmacdonnell@omm.com
4  O'MELVENY & MYERS LLP
   1999 Avenue of the Stars, 8th Floor
5  Los Angeles, California  90067-6035
   Telephone:  +1 310 553 6700
6  Facsimile:   +1 310 246 6779

7  JONATHAN D. HACKER (*pro hac vice*)
   jhacker@omm.com
8  JOSHUA REVESZ (*pro hac vice*)
   jrevesz@omm.com
9  O'MELVENY & MYERS LLP
   1625 Eye Street, NW
10 Washington, DC 20006
   Telephone:  +1 202 383 5300
11 Facsimile:   +1 202 383 5414

12 *Attorneys for Defendants*
   *The Walt Disney Company, Lucasfilm Ltd.*
13 *LLC, and Huckleberry Industries (US) Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO, <br><br> Plaintiff, <br><br> v. <br><br> THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC., <br><br> Defendants. | Case No. 2:24-cv-01009-SPG-SK <br><br> **DECLARATION OF DANIEL M. PETROCELLI IN SUPPORT OF DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND STAY OF PROCEEDINGS** <br><br> Date:   September 25, 2024 <br> Time:  1:30 p.m. <br> Judge: Hon. Sherilyn Peace Garnett <br> Courtroom:  5C |

DECLARATION OF
DANIEL M. PETROCELLI

**DECLARATION OF DANIEL M. PETROCELLI**

I, Daniel M. Petrocelli, declare and state as follows:

1.  I am a member in good standing of the State Bar of California and am admitted to the United States District Court for the Central District of California. I am a partner at the law firm of O'Melveny & Myers LLP, attorneys of record for Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively, "Disney") in this case. I submit this declaration in support of Disney's Motion To Certify for Interlocutory Appeal Under 28 U.S.C. § 1292(b) and Stay of Proceedings (the "Motion").

2.  I have personal knowledge of the facts set forth below and, if called to testify as a witness, could and would do so under oath.

3.  On Friday, August 16, 2024, pursuant to Local Rule 7-3, counsel for Disney conducted a meet and confer with Plaintiff Gina Carano's counsel via videoconference. During this conference, counsel for Disney explained its grounds for moving for interlocutory appeal under 28 U.S.C. § 1292(b) and stay of proceedings. Counsel for Carano stated they disagreed with Disney's position and would oppose the motion. The parties thus were unable to reach a resolution of the matter.

4.  Attached as Exhibit 1 to this declaration is a true and correct copy of Plaintiff Gina Carano's First Interrogatories, Requests for Production of Documents, and Requests for Admission to Defendants, dated July 30, 2024.

5.  Attached as Exhibit 2 to this declaration are true and correct copies of Plaintiff Gina Carano's Notices of Intent to Serve Subpoenas to Produce Documents, dated August 5, 2024 and August 20, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF
DANIEL M. PETROCELLI

1  EXECUTED August 23, 2024, in Los Angeles, California.

2

3                  */s/ Daniel M. Petrocelli*
                 Daniel M. Petrocelli

3

DECLARATION OF
DANIEL M. PETROCELLI