**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GINA CARANO,<br><br>                      Plaintiff,<br><br>    v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC, and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>                      Defendants. | Case No. 2:24-cv-01009-SPG-SK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b) AND STAY OF PROCEEDINGS** |

      On August 23, 2024, Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (collectively "Disney") moved this Court for entry of an order certifying the Court's Order Denying Defendants' Motion to Dismiss for interlocutory appeal under 28 U.S.C. § 1292(b). Disney also moved the Court for a stay of proceedings pending resolution of the interlocutory appeal.

      Disney made the Motion on the grounds that the Order turns on a controlling question of law, there is substantial ground for a difference of opinion on the question

1 | presented, and immediate appeal and a stay of trial proceedings would materially
2 | advance the termination of the litigation by narrowing the issues.

3 |     The Court, having considered Disney's Motion and finding good cause therefor, hereby **GRANTS** the Motion. The Court hereby **AMENDS** the Order to include a certification that the Order involves a controlling question of law as to which there is substantial grounds for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation. *See Reese v. BP Expl. (Alaska) Inc.*, 643 F.3d 681, 687-88 (9th Cir. 2011) (setting out standards for Section 1292(b) certification). The question is: Whether the First Amendment right to free speech protects an artistic entity's right to control its own casting decisions by declining to express its art through actors who make widely publicized statements that the entity deems offensive and harmful to its own artistic expression. The Court further **ORDERS** that proceedings in this matter will be stayed pending resolution of Disney's interlocutory appeal.

**IT IS SO ORDERED.**

Dated:

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE