DONALD M. FALK (Cal. Bar #150256)
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 562-4942
dfalk@schaerr-jaffe.com

EUGENE VOLOKH (Cal. Bar #194464)
SCHAERR | JAFFE LLP
385 Charles East Young Dr. East
Los Angeles, CA 90095
Tel: (310) 206-3926
evolokh@schaerr-jaffe.com

GENE C. SCHAERR (*pro hac vice*)
H. CHRISTOPHER BARTOLOMUCCI (*pro hac vice*)
EDWARD H. TRENT (*pro hac vice*)
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel: (202) 787-1060
gschaerr@schaerr-jaffe.com
cbartolomucci@schaerr-jaffe.com
etrent@schaerr-jaffe.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO, | ) |
| | ) Case No. 2:24-cv-01009-SPG-SK |
| Plaintiff, | ) |
| | ) **PLAINTIFF'S SUPPLEMENTAL** |
| v. | ) **NOTICE OF INTERESTED** |
| | ) **PARTIES** |
| THE WALT DISNEY COMPANY, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

1

1    Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff,

2 certifies that in addition to those persons, associations of persons, firms,

3 partnerships, and corporations identified to have a pecuniary interest in the outcome

4 of the case identified in Plaintiff's Notice of Interested Parties dated February 6,

5 2024 (Doc. 4), the following also has a pecuniary interest in the outcome of the case:

6    1)  Eugene Volokh, *Counsel for Plaintiff.*

7    These representations are made to enable the Court to evaluate possible

8 disqualification or recusal.

9

10    /s/ *Gene C. Schaerr*
      Gene C. Schaerr*
11    H. Christopher Bartolomucci*
      Edward H. Trent*
12    Schaerr | Jaffe LLP
13    1717 K Street NW, Suite 900
      Washington, DC 20006
14    (202) 787-1060
15    gschaerr@schaerr-jaffe.com
16    cbartolomucci@schaerr-jaffe.com
      etrent@schaerr-jaffe.com
17

18    *Admitted *pro hac vice*

19
      Donald M. Falk
20    Cal. Bar #150256
      SCHAERR | JAFFE LLP
21    Four Embarcadero Center
22    Suite 1400
      San Francisco, CA 94111
23    (415) 562-4942
24    dfalk@schaerr-jaffe.com

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Eugene Volokh
Cal. Bar #194464
SCHAERR | JAFFE LLP
385 Charles East Young Dr. East
Los Angeles, CA 90095
(310) 206-3926
evolokh@schaerr-jaffe.com

*Counsel for Plaintiff*

Dated: January 7, 2025

PLAINTIFF'S SUPPLEMENTAL NOTICE OF INTERESTED PARTIES
No.: 2:24-cv-01009-SPG-SK