DONALD M. FALK (SBN 150256)
dfalk@schaerr-jaffe.com
SCHAERR | JAFFE LLP
Four Embarcadero Center, Suite 1400
San Francisco, CA 94111
Tel: (415) 562-4942
Fax: (202) 776-0136

EUGENE VOLOKH (SBN 194464)
evolokh@schaerr-jaffe.com
SCHAERR | JAFFE LLP
385 Charles E. Young Dr. East
Los Angeles, CA 90095
Tel: (310) 206-3926

GENE C. SCHAERR (*pro hac vice*)
gschaerr@schaerr-jaffe.com
H. CHRISTOPHER BARTOLOMUCCI (*pro hac vice*)
cbartolomucci@schaerr-jaffe.com
EDWARD H. TRENT (*pro hac vice*)
etrent@schaerr-jaffe.com
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
Tel: (202) 787-1060

*Counsel for Plaintiff*

DANIEL M. PETROCELLI (SBN 97802)
dpetrocelli@omm.com
MOLLY M. LENS (SBN 283867)
mlens@omm.com
KRISTIN MACDONNELL (SBN 307124)
kmacdonnell@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, California 90067-6035
Tel: (310) 553-6700
Fax: (310) 246-6779

JONATHAN D. HACKER (*pro hac vice*)
jhacker@omm.com
JOSHUA REVESZ (*pro hac vice*)
jrevesz@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Tel: (202) 383-5300
Fax: (202) 383-5414

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD. LLC; and HUCKLEBERRY INDUSTRIES (US) INC.,<br><br>    Defendants. | Case No.: 2:24-CV-01009-SPG-SK<br><br>**STIPULATED REQUEST TO EXTEND PRETRIAL AND TRIAL SCHEDULE**<br><br>Judge: Hon. Sherilyn Peace Garnett<br>Magistrate Judge: Steve Kim<br><br>Courtroom: 5C |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Civil Local Rule 16-14, and Judge Garnett's Procedures, Plaintiff Gina Carano and Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc. (jointly, the "Parties") hereby submit this stipulated request for an order extending the pretrial and trial schedule, as follows:

WHEREAS, on August 14, 2024, this Court entered an Order establishing a pretrial and trial schedule in this case (ECF No. 56-1);

WHEREAS, the Parties have diligently and in good faith been conducting fact discovery, which has been both extensive and cooperative: the Parties have served and responded to interrogatories, requests for admission, and hundreds of document requests; engaged in numerous meet-and-confer discussions over various discovery issues; and each has produced nearly ten thousand pages of documents to date with additional documents due to be produced in the coming weeks;

WHEREAS, fact discovery has taken longer than originally anticipated for the Parties to complete, in part due to their working cooperatively to resolve various

1  discovery issues and limit those that may require the Court's intervention, some of
2  which affect documents and information related to anticipated expert testimony;

3      WHEREAS, once document production is sufficiently complete, the Parties
4  will need time to coordinate the setting of depositions, with the Parties collectively
5  having identified more than a dozen potential deposition witnesses already;

6      WHEREAS, the requested modified schedule, which includes an
7  approximate 130-day extension of discovery and expert witness disclosures, and
8  additional extensions of motion and trial dates, allows additional time for the
9  Parties to produce and review agreed upon documents, resolve the few issues still
10 in dispute, and account for the schedules of the proposed deponents and counsel,
11 which includes some third-party witnesses and respective counsel;

12     WHEREAS, the Parties agree that good cause exists to extend the pretrial
13 and trial schedule for the reasons established in the accompanying declaration of
14 Gene C. Schaerr;

15     WHEREAS, the Parties agree that no prejudice would result if the case
16 deadlines are continued;

17     WHEREAS, this is the Parties' first request to modify the case schedule set
18 forth in the Court's August 14, 2024 scheduling order (ECF No. 56-1);

19     NOW THEREFORE, the Parties hereby stipulate and agree that, subject to
20 the approval and availability of the Court, the pretrial and trial schedule is extended
21 as follows:

22
23
24
25
26
27
28

| Case Event | Deadline/Hearing Date Set in ECF No. 56-1 | Parties' Requested Modified Deadline |
|---|---|---|
| Fact Discovery Cut-Off | 04/18/2025 | 08/29/2025 |
| Expert Disclosure (Initial) | 04/11/2025 | 07/18/2025 |
| Expert Disclosure (Rebuttal) | 05/11/2025 | 08/15/2025 |
| Expert Discovery Cut-Off | 06/02/2025 | 09/15/2025 |
| Last Date to Hear Motions | 06/11/2025 | 10/29/2025 |
| Last Date to Hear *Daubert* Motions | 07/16/2025 | 11/26/2025 |
| Deadline to Complete Settlement Conference | 07/15/2025 | 12/17/2025 |
| Trial Filings (first round) | 08/13/2025 | 12/16/2025 |
| Trial Filings (second round) | 08/27/2025 | 01/07/2026 |
| Final Pretrial Conference | 09/10/2025 | 01/21/2026 |
| Jury Trial | 09/29/2025 | 02/19/2026 |

**IT IS SO STIPULATED.**

DATED: February 27, 2025					SCHAERR | JAFFE LLP

								By: */s/ Gene C. Schaerr*
								   Gene C. Schaerr

								*Counsel for Plaintiff*

DATED: February 27, 2025					O'MELVENY & MYERS LLP

								By: */s/ Molly M. Lens*
								   Molly M. Lens

								*Counsel for Defendants*

**ATTESTATION RE ELECTRONIC SIGNATURES**

The filer of this document attests that all other signatories to this document, on whose behalf this filing is submitted, concur as to the content and have authorized their signature and filing of the document.

DATED: February 27, 2025

                                                      SCHAERR | JAFFE LLP

                                      By: */s/ Gene C. Schaerr*
                                            Gene C. Schaerr

                                        *Counsel for Plaintiff*

**JUDGE SHERILYN PEACE GARNETT**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court **ORDERS** the parties to make every effort to agree on dates.*

| Case No. 2:24-cv-01009-SPG-SK | Case Name: Carano v. The Walt Disney Company, et al. | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Check one: ☑ Jury Trial or ☐ Court Trial ☐ Magistrate Judge (*Tuesday* at 8:30 a.m., within 12 months of Scheduling Conference) Estimated Duration: 5 Days | | 02/19/2026 | ☐ Jury Trial ☐ Court Trial |
| Final Pretrial Conference ("FPTC") [L.R. 16] (Wednesday at 3:00 p.m., at least 18 days before trial) | | 01/21/2026 | |
| **Event** [1] **Note:** Hearings shall be on **Wednesday** at 1:30pm Other dates can be any day of the week | **Weeks Before FPTC**[2] | **Parties' Joint Date mm/dd/yyyy** | **Court Order** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings / Add Parties [Wednesday] | 24 | 12/20/2024 | |
| Fact Discovery Cut-Off (No later than deadline for filing dispositive motion) | 18 | 08/29/2025 | |
| Expert Disclosure (Initial) | 16 | 07/18/2025 | |
| Expert Disclosure (Rebuttal) | 14 | 08/15/2025 | |
| Expert Discovery Cut-Off | 13 | 09/15/2025 | |
| Last Date to <u>Hear</u> Motions [3] • Motions due at least 4 weeks before hearing; • Opposition due at least 3 weeks before hearing; • Reply due at least 2 weeks before hearing. | 12 | 10/29/2025 | |
| Last Date to <u>Hear</u> *Daubert* Motions | 8 | 11/26/2025 | |
| Deadline to Complete Settlement Conference [L.R. 16-15] *Select* one:   ☐ 1. Magistrate Judge *(with Court approval)*   ☐ 2. Court's Mediation Panel   ☑ 3. Private Mediation | 5 | 12/17/2025 | ☐ 1. Mag. J. ☐ 2. Panel ☐ 3. Private |
| **Trial Filings (first round)** • Motions *In Limine* (except *Daubert*) • Memoranda of Contentions of Fact and Law [L.R. 16-4] • Witness Lists [L.R. 16-5] • Joint Exhibit List [L.R. 16-6.1] • Joint Status Report Regarding Settlement • Proposed Findings of Fact and Conclusions of Law [L.R. 52] (court trial only) • Declarations containing Direct Testimony, if ordered (court trial only) | 4 | 12/16/2026 | |
| **Trial Filings (second round)** • Oppositions to Motions in Limine • Joint Proposed Final Pretrial Conference Order [L.R. 16-7] • Joint/Agreed Proposed Jury Instructions (jury trial only) • Disputed Proposed Jury Instructions (jury trial only) • Joint Proposed Verdict Forms (jury trial only) • Joint Proposed Statement of the Case (jury trial only) • Proposed Additional Voir Dire Questions, if any (jury trial only) • Evidentiary Objections to Declarations. of Direct Testimony (court trial only) | 2 | 01/07/2026 | |

[1] Once issued, this "schedule may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)4).

[2] The numbers below represent the Court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. Class Actions and ERISA cases may need to vary from the above.

[3] Before filing Rule 56 motions, parties must review and comply with the Court's Standing Order for MSJ, which sets forth the briefing schedule and specific requirements for joint briefing and filing such motions.