| | |
|---|---|
| DONALD M. FALK (Cal. Bar #150256)<br>SCHAERR | JAFFE LLP<br>One Embarcadero Center, Suite 1200<br>San Francisco, CA 94111<br>Tel: (415) 562-4942<br>Fax: (202) 776-0136<br>dfalk@schaerr-jaffe.com<br><br>EUGENE VOLOKH (Cal. Bar #194464)<br>SCHAERR | JAFFE LLP<br>385 Charles E. Young Dr. East<br>Los Angeles, CA 90095<br>Tel: (310) 206-3926<br>evolokh@schaerr-jaffe.com<br><br>GENE C. SCHAERR*<br>H. CHRISTOPHER BARTOLOMUCCI*<br>EDWARD H. TRENT*<br>SCHAERR | JAFFE LLP<br>1717 K Street NW, Suite 900<br>Washington, DC 20006<br>Tel: (202) 787-1060<br>gschaerr@schaerr-jaffe.com<br>cbartolomucci@schaerr-jaffe.com<br>etrent@schaerr-jaffe.com<br><br>*Admitted *pro hac vice*<br><br>*Counsel for Plaintiff* | DANIEL M. PETROCELLI<br>(Cal. Bar #97802)<br>MOLLY M. LENS<br>(Cal. Bar #283867)<br>KRISTIN MACDONNELL<br>(Cal. Bar #307124)<br>O'MELVENY & MYERS LLP<br>1999 Avenue of the Stars, 8th Floor<br>Los Angeles, CA 90067-6035<br>Tel: (310) 553-6700<br>Fax: (310) 246-6779<br>dpetrocelli@omm.com<br>mlens@omm.com<br>kmacdonnell@omm.com<br><br>JONATHAN D. HACKER*<br>JOSHUA REVESZ*<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Tel: (202) 383-5300<br>Fax: (202) 383-5414<br>jhacker@omm.com<br>jrevesz@omm.com<br><br>*Counsel for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>    Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD, LLC, and HUCKLEBERRY INDUSTRIES (US), INC.,<br><br>    Defendant. | Case No. 2:24-cv-01009-SPG-SK<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge:<br>   Hon. Sherilyn Peace Garnett<br>Magistrate Judge:<br>   Hon. Steve Kim |

# STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Gina Carano, on the one hand, and Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc., on the other, by and through their undersigned counsel, hereby stipulate that this action and all claims, including all defenses asserted therein, be dismissed with prejudice.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 7, 2025           */s/ Gene C. Schaerr*
                                Gene C. Schaerr

                                *Counsel for Plaintiff Gina Carano*

DATED: August 7, 2025           */s/ Daniel M. Petrocelli*
                                Daniel M. Petrocelli

                                *Counsel for Defendants The Walt Disney Company, Lucasfilm Ltd. LLC, and Huckleberry Industries (US) Inc.*

**Attestation of E-Filed Signature**

I, Gene C. Schaerr, am the ECF user whose ID and password are being used to file this stipulation. Pursuant to C.D. Cal. L.R. 5-4.3.4, I attest that all other signatories listed, and on whose behalf the present filing is submitted, concur in the filing's contents and have authorized the filing.

Dated: August 7, 2025                    */s/ Gene C. Schaerr*
                                          Gene C. Schaerr

IT IS SO ORDERED.

DATED:_____

_____
Honorable Sherilyn Peace Garnett
United States District Judge