1  DONALD M. FALK (Cal. Bar #150256)
   SCHAERR | JAFFE LLP
2  One Embarcadero Center, Suite 1200
3  San Francisco, CA 94111
   Tel: (415) 562-4942
4  Fax: (202) 776-0136
5  dfalk@schaerr-jaffe.com

6  EUGENE VOLOKH (Cal. Bar #194464)
   SCHAERR | JAFFE LLP
7  385 Charles E. Young Dr. East
   Los Angeles, CA 90095
8  Tel: (310) 206-3926
9  evolokh@schaerr-jaffe.com

10 GENE C. SCHAERR*
   H. CHRISTOPHER BARTOLOMUCCI*
11 EDWARD H. TRENT*
   SCHAERR | JAFFE LLP
12 1717 K Street NW, Suite 900
   Washington, DC 20006
13 Tel: (202) 787-1060
14 gschaerr@schaerr-jaffe.com
   cbartolomucci@schaerr-jaffe.com
15 etrent@schaerr-jaffe.com

16 *Admitted *pro hac vice*

17 *Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>  Plaintiff,<br><br>v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD, LLC, and HUCKLEBERRY INDUSTRIES (US), INC.,<br><br>  Defendant. | Case No. 2:24-cv-01009-SPG-SK<br><br>**NOTICE OF LODGING [PROPOSED] ORDER REGARDING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>District Judge:<br>  Hon. Sherilyn Peace Garnett<br>Magistrate Judge:<br>  Hon. Steve Kim |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Plaintiff Gina Carano hereby lodges the attached [Proposed] Order regarding the Joint Stipulation for Dismissal with Prejudice [ECF No. 74].

Dated: November 18, 2025          */s/ Gene C. Schaerr*
                                         Gene C. Schaerr

                                         *Counsel for Plaintiff Gina Carano*