# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINA CARANO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE WALT DISNEY COMPANY, LUCASFILM LTD, LLC, and HUCKLEBERRY INDUSTRIES (US)<br><br>　　　　Defendants. | Case No.: 2:24-cv-01009-SPG-SK<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

　　On August 7, 2025, the parties jointly filed a Stipulation for Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [ECF No. 74].

　　The Court, having considered the Joint Stipulation, hereby:

1. GRANTS the request for dismissal with prejudice; and
2. ORDERS that the above-captioned action be dismissed, including all claims and defenses asserted therein, with prejudice, all parties to bear her or its own costs and attorneys' fees.

-1-

IT IS SO ORDERED.

Dated: _____

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE