UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-01009-SPG-SK | Date | November 19, 2025 |
| Title | Gina Carano v. The Walt Disney Co., et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:**   (IN CHAMBERS) NOTICE OF DISMISSAL

On August 7, 2025, Plaintiff filed a stipulation of dismissal with prejudice, (ECF No. 74), which was effective to close the case without a Court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order recently lodged by Plaintiff, (ECF No. 75-1), as moot.

                                                                         :

                                                Initials of Preparer    pg